UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MILSON HERNANDEZ JUAREZ,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No.:  26cv4190-LL-JAC

**ORDER GRANTING JOINT MOTION TO DISMISS**

[ECF No. 7]

Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 7. The Parties seek to dismiss the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a) given that Petitioner was released from immigration custody on July 27, 2026. Good cause appearing, the Court **GRANTS** the Joint Motion and dismisses the action without prejudice.

**IT IS SO ORDERED.**

Dated:  July 31, 2026

Honorable Linda Lopez
United States District Judge

1

26cv4190-LL-JAC